

**ORIGINAL**

**FILED**

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0220

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0220

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DESMOND D. HARDESTY,

Defendant and Appellant.

**FILED**

DEC 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Desmond D. Hardesty filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967).

The argument portion of counsel's *Anders* brief does not satisfy the requirements of *Anders* and § 46-8-103(2), MCA, that counsel support the client's appeal to the best of counsel's ability and submit a memorandum referring to anything in the record that might arguably support the appeal. Here, counsel does not adequately identify the issues that arguably support an appeal, nor does counsel provide "appropriate citations to the record and to the pertinent statutes, case law, and procedural rules bearing upon each issue discussed in the memorandum" as § 46-8-103(2), MCA, requires. Along with other issues counsel may identify, the Court requests that counsel address the issue of whether the District Court erred in denying Hardesty's motion to dismiss the State's second petition for revocation.

Accordingly,

IT IS ORDERED that counsel's brief in support of her motion to withdraw is STRICKEN FROM THE RECORD

IT IS FURTHER ORDERED that counsel shall have thirty days from the date of this Order in which to file an *Anders* brief which complies with the requirements of that case and § 46-8-103(2), MCA, and refers to anything in the record that arguably might support Hardesty's appeal.

The Clerk is directed to provide copies of this Order to all counsel of record and to Hardesty personally.

DATED this 16th day of December, 2020.

For the Court,

Chief Justice